tiorari to the Supreme Court of Kansas denied. *Mr. Martin J. O'Donnell* for petitioners. *Messrs. John W. Davis* and *Russell L. Hazzard* for respondents. ▇

No. 702. UNITED STATES EX REL. CARDASHIAN *v.* SNYDER, U. S. MARSHAL, ET AL. March 9, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Joseph C. Fehr* and *Marion DeVries* for petitioner. *Solicitor General Thacher* and *Mr. J. Frank Staley* for respondent. ▇

No. 707. SEABOARD AIR LINE RY. CO. *v.* D'AVIGNON. March 9, 1931. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Messrs. James F. Wright* and *W. W. Dykes* for petitioner. *Mr. John S. Barbour* for respondent. ▇

No. 708. PENNSYLVANIA RAILROAD CO. *v.* SHINDLEDECKER. March 9, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. F. D. McKenney, John Spalding Flannery, George Bowdoin Craighill,* and *Harold W. Fraser* for petitioner. *Mr. Ralph D. Cole* for respondent. ▇

No. 710. GRIDLEY ET AL. *v.* UNITED STATES. March 9, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John M. Dunham* and *W. D. Jamieson* for petitioners. *Solicitor General Thacher,* and *Messrs. Harry S. Ridgely* and *W.*